[No. 54652-0-I. Division One. July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00172-5, Michael F. Moynihan, J., entered July 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54706-2-I. Division One. July 25, 2005.]

*In the Matter of the Guardianship of* MELVIN LILLIE.

Appeal from a judgment of the Superior Court for King County, No. 03-4-07638-1, William L. Downing, J., entered July 8, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 54765-8-I. Division One. July 25, 2005.]

MBNA AMERICA BANK, N.A., *Respondent*, v. CAROL ENGEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-00119-6, James A. Doerty, J., entered July 27, 2004. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Ellington, J.

[No. 54866-2-I. Division One. July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. K.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-01442-7, James A. Doerty, J., entered August 31, 2004. *Reversed* by unpublished per curiam opinion.